IN THE UNITED STATES DISTICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.:

**RUTH FOOKES,**

    Plaintiff,

v.

**PRADIP JAMNADAS, individually
and CARDIOVASCULAR INTERVENTIONS,
P.A. a Florida Corporation,**

    Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

    Defendants PRADIP JAMNADAS ("Dr. Jamnadas") and CARDIOVASCULAR INTERVENTIONS, P.A. ("CVI") by and through the undersigned counsel and pursuant to the Federal Rules of Civil Procedure and 28 U.S.C. Section 1446, hereby files this Notice of Removal and in support of same states as follows:

    1. This action was initially filed by Plaintiff Ruth Fookes ("Fookes") on May 10, 2023, in the Circuit Court, Ninth Judicial Circuit, Orange

County, Florida, Case No.: 2023-CA-012004-O and was served upon Defendants on May 16, 2023.

2. Plaintiff's Verified Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. Section 201, et. seq. among other claims related to Fookes' former employment with CVI. A copy of Plaintiff's Verified Complaint is attached hereto as **Exhibit 1**.

3. Defendants timely file this Notice of Removal within thirty (30) days of service upon Defendants pursuant to 28 U.S.C. Section 1446(b).

4. Pursuant to 28 U.S.C. Section 1446(a) requiring a copy of all process, pleadings and orders served upon Defendants to be filed with the Notice of Removal, copies of all documents served upon Defendants by Plaintiff are attached hereto as **Exhibit 2**.

5. Venue is proper in this Division pursuant to 28. U.S.C. Section 1446 and 28 U.S.C. Section 1391.

6. This case is properly removable to federal court based on federal question jurisdiction pursuant to 28 U.S.C. Section 1446 as it involves claims of violation of the Fair Labor Standards Act, 29 U.S.C. Section 201 et. seq.

7. A copy of the entire state court file, including the docket sheet are attached hereto as **Exhibit 3.**

8. A copy of the Notice of Removal filed in the state court action in the Circuit Court, Ninth Judicial Circuit, Orange County, Case No.: 2023-CA-012004-O is attached hereto as **Exhibit 4**.

WHEREFORE, Defendants PRADIP JAMNADAS and CARDIOVASCULAR INTERVSIONS, P.A. respectfully request that this honorable Court exercise jurisdiction over this matter.

Respectfully submitted,

/s/ *Deborah Frimmel*

Deborah E. Frimmel, Esq.
Fla. Bar No.: 093970
Frimmel Law, P.A.
3749 Ethan Lane
Orlando, Florida 32814
Ph: 407-252-0913
deborah@frimmellaw.com