**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUTH FOOKES,

    Plaintiff,

v.                                                Case No. 6:23-cv-1049-RBD-EJK

PRADIP JAMNADAS; and
CARDIOVASCULAR
INTERVENTIONS, P.A.,

    Defendants.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Settlement Conference held on October 30, 2023, indicating that the case has been settled. No settlement approval is required based on the parties' agreement that Plaintiff is exempt from the Fair Labor Standards Act. *Cf. Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Lab.*, 679 F.2d 1350, 1352–54 (11th Cir. 1982). Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 2, 2023.



ROY B. DALTON, JR.
United States District Judge